IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT



No. 07-60650

In Re: OTIS LEE WINDHAM

       Movant

---

Appeal from the United States District Court for the
Southern District of Mississippi, Jackson

---

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of October 8, 2007, for want of prosecution. The appellant failed to timely comply with this Court's notice of August 28, 2007.

                            CHARLES R. FULBRUGE III
                            Clerk of the United States Court
                            of Appeals for the Fifth Circuit

By: _____
      Cindy Broadhead, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

DIS-2

A true copy
Attest:

Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
           Deputy
New Orleans, Louisiana   OCT 0 8 2007